DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

PETITIONS TO REHEAR

DILLINGHAM v. YEARGIN CONSTRUCTION CO.

No. 638PA86.

Case below: 320 N.C. 499.

Petition by defendants denied 3 September 1987.

OLIVETTI CORP. v. AMES BUSINESS SYSTEMS, INC.

No. 418PA86.

Case below: 319 N.C. 534.

Petition by defendant denied 3 September 1987.

TOWN OF HAZELWOOD v. TOWN OF WAYNESVILLE

No. 43PA87.

Case below: 320 N.C. 89.

Petition by plaintiff denied 3 September 1987.